Evan Livingstone (SBN 252008)
LEGAL AID OF SONOMA COUNTY
144 South E St, St 100
Santa Rosa, CA 95404
Tel: (707) 206-7852
Fax: (707) 676-9112
Email: elivingstone@legalaidsc.com

Attorneys for Plaintiff Erika Rodriguez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA RODRIGUEZ<br><br>    Plaintiff<br><br>    vs.<br><br>SPRINGS VILLAGE, LP, BURBANK HOUSING DEVELOPMENT CORPORATION, BURBANK HOUSING MANAGEMENT CORPORATION<br><br>    Defendants | Case No. 3:19-CV-00747-TSH<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL (RULE 41)**<br><br>Judge: Hon. Thomas S. Hixson |

TO THE COURT, ALL DEFENDANTS AND THEIR ATTORNEYS:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff ERIKA RODRIGUEZ hereby files this notice of dismissal of this action against all Defendants without court order as allowed before the opposing parties have served a response.

Dismissal is with prejudice.

Dated: February 15, 2019            LEGAL AID of SONOMA COUNTY

                                    /s/ Evan Livingstone
                                 By:Evan Livingstone
                                    Attorneys for Plaintiff Erika Rodriguez